IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01276-WDM-MJW

JACK STEELE,

    Plaintiff

v.

ZURICH NORTH AMERICA and ZURICH REINSURANCE (North America),

    Defendants.

---

**ORDER TO AMEND CAPTION**
( Docket No. 16 )

---

This matter is before the court on the parties stipulated motion to amend caption;

The court has reviewed said motion and orders that the caption be amended to reflect the title of this case to be Jack Steele, Plaintiff v. Northern Insurance Company of New York, Defendant.

DATED this 5TH day of October, 2006.

BY THE COURT

/s/ Michael J. Watanabe
United States Magistrate Judge
**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**