IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01276-WDM-KLM

JACK STEELE,

    Plaintiff(s),

v.

NORTHERN INSURANCE COMPANY OF NEW YORK,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Defendant's Unopposed Motion to Permit Participation in Settlement Conference by Telephone (Docket No. **51,** Filed August 20, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER **ORDERED**   that Defendant's authorized representative is permitted to participate by telephone.  The representative shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement. Said representative shall be available as needed during the course of the Settlement Conference set **September 14, 2007** commencing at 1:30 p.m..

Dated:  August 27, 2007